| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>GWIN, JAMES S | 2. Court or Organization<br><br>N.D. OHIO | 3. Date of Report<br><br>05/06/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>JUDGE, ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>CARL B. STOKES US COURT HOUSE<br>801 WEST SUPERIOR AVENUE<br>CLEVELAND, OH 44113 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2008 MAY 12 A 11: 40 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. At retirem | STATE OF OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM. RIGHT TO RETIREMENT BENEFITS |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S | 05/06/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Monthly | INTERNATIONAL BUSINESS MACHINES, INC. ▉▉▉ pension |
| 2. Monthly | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U.S.District Court, N.D. Ohio | 4/22/07 - 4/25/07 | Cambridge, MA | FJC educational seminar | Reimbursement for travel expenses to attend Federal Judicial Center District Court workshop in Cambridge, Massachusetts $972 |
| 2. | U.S.District Court, N.D. Ohio | 04/26/07 - 4/27/07 | Washington, DC | JC IT meeting | Reimbursement for travel expenses to attend Subcommittee meeting of Judicial Conference Information Committee. $587 |
| 3. | U.S.District Court, N.D. Ohio | 5/9/07 - 5/10/07 | Asheville, NC | Sixth Circuit Conference | Reimbursement for travel expenses to attend the sixth circuit conference. $1,346 |
| 4. | U.S.District Court, N.D. Ohio | 6/4/07 - 6/6/07 | Philadelphia, PA | IT Committee meeting | Reimbursement for travel expenses to attend Judicial Conference Information Technology Committee semi annual meeting. $1,301 |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **GWIN, JAMES S** | 05/06/2008 |

| 5. | U.S.District Court, N.D. Ohio | 10/4/07 - 10/5/07 | Columbus, OH | Ohio State Bar Associatio | Reimbursement for travel expenses to attend bench-bar conference in Columbus, OH. $399 |
| --- | --- | --- | --- | --- | --- |
| 6. | U.S.District Court, N.D. Ohio | 10/17/07 - 10/19/07 | Washington, DC | JC meeting | Reimbursement for travel expenses to attend work measurement meeting as liason from IT Committee. $912. |
| 7. | U.S.District Court, N.D. Ohio | 12/5/07 - 12/8/07 | Dana Point, CA | JC IT meeting | Reimbursement for travel expenses to attend Judicial Conference Information Technology Committee semi annual meeting. $1,044. |
| 8. | U.S.District Court, N.D. Ohio | 12/13/07 - 12/14/07 | New York, NY | Speach at seminar. | Reimbursement for travel expenses to speak at seminar sponsored by American Conference Institute. $205. |
| 9. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S | 05/06/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IBM common stock (IBM) | B | Dividend | M | T | | | | | |
| 2. Galaxy mutual funds | A | Dividend | J | T | | | | | |
| 3. Berkshire Hathaway common stock (BRKA) | A | Dividend | M | T | | | | | |
| 4. Vanguard Total Stock Market Index Fund, tax deferred | A | Dividend | M | T | Variou purch | Vario | J | | |
| 5. Merrill Lynch money market fund | A | Dividend | K | T | | | | | |
| 6. T.Rowe Price Mid-Cap Mutual Fund (RPMGX) | A | Dividend | K | T | | | | | |
| 7. ████████, common stock, options, RSUs ███ | A | Dividend | P1 | T | Option exerc | 3/14 | P1 | | |
| 8. ████████, common stock, options, RSUs ) | A | Dividend | | | Option exerc | 6/27 | N | | |
| 9. ████████, common stock, options, RSUs ██ | | | | | RSU vesting | 3/3 | M | | |
| 10. Fidelity Contra Fund, mutual fund (FCNTX) | A | Dividend | M | T | | | | | |
| 11. Lord Abbett MidCap Fund, mutual fund (LAVSZ) | B | Dividend | L | T | | | | | |
| 12. Davis New York Venture Fund, mutual fund (NYVTX) | A | Dividend | L | T | | | | | |
| 13. General Electric, common stock (GE) | A | Dividend | K | T | | | | | |
| 14. Exxon (XOM) | A | Dividend | K | T | | | | | |
| 15. Camco Financial Corp., common stock (CAFI) | A | Dividend | J | T | | | | | |
| 16. Heinz, common stock (HNZ) | A | Dividend | J | T | | | | | |
| 17. Pfizer, common stock (PFE) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Briston Myers, common stock (BMY) | A | Dividend | J | T | | | | | |
| 19. Cisco, common stock (CSCO) | A | Dividend | J | T | | | | | |
| 20. Walt Disney Co., common stock (DIS) | A | Dividend | J | T | | | | | |
| 21. Microsoft Corp., common stock (MSFT) | A | Dividend | J | T | | | | | |
| 22. Farmers National Bank, common stock (FMNB) | A | Dividend | J | T | | | | | |
| 23. Intel Corporation, common stock (INTC) | A | Dividend | J | T | | | | | |
| 24. Schwab Money Market Fund | E | Dividend | P1 | T | Purcha/sale | Vario | M | | |
| 25. BB & T Corp., common stock (BBT) | A | Dividend | J | T | | | | | |
| 26. Citigroup, common stock (C) | A | Dividend | J | T | | | | | |
| 27. Chevron Texaco Co., common stock (CVX) | A | Dividend | K | T | | | | | |
| 28. Washington Mutual, common stock (WM) | A | Dividend | J | T | Sold | 11/02 | J | | |
| 29. Ishares Russell 1000 Value (IWD) | A | Dividend | L | T | Buy | 3/23 | L | | |
| 30. Ishares Russell 1000 Value (IWD) | | None | | | Buy | 4/24 | L | | |
| 31. Ishares Russell 1000 Value (IWD) | | None | | | Sell | 8/16 | M | | |
| 32. Ishares Russell 1000 Value (IWD) | | None | | | Buy | 9/29 | M | | |
| 33. Ishares Russell 1000 Value (IWD) | | None | | | Sell | 11/26 | M | | |
| 34. IShares Russell 2000 Value (IWN) | | None | | | Sell | 3/16 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. iShares Dow Jones U.S. Financial Sector Index (IYF) (IYF) | | None | | | Sell | 7/26 | K | | |
| 36. iShares MSCI EAFE Value Index (EFV) | A | Dividend | M | T | Buy | 3/23 | L | | |
| 37. iShares MSCI EAFE Value Index (EFV) | | None | | | Buy | 4/24 | K | | |
| 38. iShares MSCI EAFE Value Index (EFV) | | None | | | Sell | 8/15 | M | | |
| 39. iShares MSCI EAFE Value Index (EFV) | | None | | | Buy | 9/28 | M | | |
| 40. iShares Morningstar Large Value Index (JKF) | A | Dividend | | | Sell | 11/19 | L | | |
| 41. Conoco Phillips | A | Dividend | K | T | | | | | |
| 42. Federal Home Loan Bank Bonds | A | Interest | | | Sell | 1/29 | K | | |
| 43. Thrift Savings Plan Common Stock Index Fund | A | Dividend | J | T | Buy | vario | | | |
| 44. Templeton Dragon Fund | A | Dividend | J | T | | | | | |
| 45. Fpa Capital Fund (FPPTX) | A | Dividend | K | T | | | | | |
| 46. Morgan Stanley Asia Fund (APF) | A | Dividend | J | T | | | | | |
| 47. JPMorgan Chase & Co. (JPM) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S | 05/06/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Regarding the investment in the Vanguard Fund, this investment is made through an employer 401 plan sponsored at ▉▉▉ employer. The yearly statutory maximum is met in the first quarter although we do not know the exact dates of purchase.

Regarding the Thrift Savings Plan Common Stock Index Fund, this investment is made through an employer 401 plan sponsored by the U.S. Courts. Deductions are made monthly to fund this investment.

Regarding Schwab Money Market Fund (Part VII, 24) this investment is a money market fund to which investments and withdrawl are made relatively frequently although withdrawls (checks paid) are relatively infrequent.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544